# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 3:11cr00016-1 |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| **CORDELL ORLANDO BURLEY.** | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the United States' motion to dismiss (Docket No. 120) is **GRANTED**; Burley's motion pursuant to 28 U.S.C. § 2255 (Docket No. 116) is **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Burley has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner.

**ENTER**: This 16th day of October, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE